UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVE CHRISTENSEN,<br><br>         Plaintiff,<br><br>  v.<br><br>BANNOCK COUNTY SHERIFF'S DEPT., BANNOCK COUNTY, DOUG ARMSTRONG, M.D. HART, TOM FOLZ,<br><br>         Defendants. | Case No. 4:09-cv-00189-BLW<br><br>**JUDGMENT** |

Pursuant to the decision by the Ninth Circuit Court of Appeals (Dkt. 54) and the subsequent Mandate (Dkt. 55),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of all defendants, and that this case be **DISMISSED IN ITS ENTIRETY**.

DATED:  **July 26, 2012**

_____

B. LYNN WINMILL
Chief U.S. District Court Judge

**JUDGMENT - 1**